# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGG PHILLIP LISNER,
                  Appellant,
vs.
MICHELLE LEANNE MAGUIRE,
                  Respondent.

No. 71617

FILED

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from findings of fact and conclusions of law establishing child custody and support. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than thirty days after service of written notice of entry of the order appealed from. *See* NRAP 4(a)(1); NRAP 26(c). Written notice of entry of the order appealed from was served on appellant by mail on September 16, 2016. Accordingly, the notice of appeal was due to be filed by October 20, 2016. NRAP 26(a); *Winston Products Co. v. DeBoer*, 122 Nev. 517, 134 P.3d 726 (2006). Appellant filed the notice of appeal on October 25, 2016, 5 days after the expiration of the 30-day period. Because the notice of appeal was untimely filed, *see Zugel v. Miller*, 99 Nev. 100, 659 P.2d 296 (1983), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.        _____, J.
Hardesty                                              Pickering

16-36551

cc: Hon. Jennifer Elliott, District Judge, Family Court Division
Gregg Phillip Lisner
Michelle Leanne Maguire
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A